UNITED STATES DISTRICT COURT
DISTRICTION OF MINNESOTA

RECEIVED
01 NOV 13 PM 12:29

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity of America, et al.,

Defendants.

Civil No. 01-587 JMR/FLN

**STIPULATED ORDER EXTENDING PRE-TRIAL SCHEDULE**

Plaintiff Sirti Limited Corp., and Defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois, through their undersigned counsel, hereby stipulate and agree to the attached Order.

Dated: November 12, 2001.

**FABYANSKE, WESTRA & HART, P.A.**

By: Patrick J. Lee-O'Halloran

Kyle E. Hart (#159025)
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR PLAINTIFF**

Dated: November 13, 2001

**MURNANE, CONLIN, WHITE & BRANDT**

By: Mark S. Brown

Mark S. Brown (#226774)
1800 U.S. Bancorp
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ATTORNEYS FOR DEFENDANTS**

NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

(13)

N:\PL\PJL\160185.doc

**ORDER**

IT IS HEREBY ORDERED that the deadlines set forth in the Pretrial Schedule Order of May 29, 2001 are amended as follows:

2. Expert Disclosure and Discovery

   a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      2) By Defendants on or before February 1, 2002.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By Plaintiff on or before February 1, 2002.

      2) By Defendants on or before March 15, 2002.

All other deadlines and provisions contained in the Pretrial Order of May 29, 2001 are unaffected by this order .

Dated: November 13, 2001.

BY THE COURT

Franklin L. Noel
Chief Magistrate Judge

N:\PL\PJL\160185.doc

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500