UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity of America, et al.,

Defendants.

Civil No. 01-587 JMR/FLN

**SECOND AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE**

---

**STIPULATION**

The Parties, through their undersigned counsel, do hereby stipulate and agree to the attached order extending an additional 60 days the deadlines contained in the May 29, 2001 Pretrial Schedule and November 13, 2001 Stipulated Order Extending the Pretrial Schedule on the following grounds:

1. On May 29, 2001, Chief Magistrate Judge Franklin Noel issued a Pretrial Schedule.
2. The Pretrial Schedule contains the following deadlines, among others:
   a. April 1, 2002 - discovery;
   b. April 1, 2002 - non-dispositive motions served;
   c. May 1, 2002 - dispositive motions heard;
   d. August 1, 2002 - trial readiness.
3. Plaintiff Sirti served Interrogatories and document requests upon Travelers on or after March 26, 2001.
4. Travelers responded to said discovery on or about May 3, 2001.
5. The Magistrate Judge is aware this matter is a first-party insurance dispute arising out of Travelers rejection of Sirti's tender of the defense of liability claim against it alleged in over twenty state court actions arising out of the St. Cloud Natural Gas explosion.

FILED JAN 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. The Magistrate Judge is further aware Travelers objected to much of Sirti's discovery on the grounds the material sought was irrelevant and inadmissible with regard to the insurance coverage dispute at issue in this action.

7. Sirti moved to compel discovery of the disputed material, which the Magistrate Judge granted in part by way of Order dated November 21, 2001.

8. Travelers has appealed that Order to the District Court, as a result of which, from Sirti's perspective, much of the material it claims is discoverable has not been produced.

9. Meanwhile, Travelers served Interrogatories and document requests to Sirti on October 3, 2001. Copies of the Interrogatories and document requests are attached as Exhibits A and B.

10. Sirti's responses were technically due by November 5, 2001, pursuant to Fed. R. Civ. P. 33, 34, and 6(e), but as of the date this Stipulation was drafted have not been produced for the following reasons:

11. First, some of the requests require production of the pleadings and discovery generated in the underlying lawsuits against Sirti. The parties consequently agreed that material would be made available to Travelers' counsel for review and marking for photocopying purposes. Travelers' counsel did conduct that review on two separate dates in early to mid-November.

12. Travelers' counsel did not thoroughly review each and every document, however, given the sheer volume, which amounts to something on the order of ten bankers boxes full of pleadings and discovery. Counsel therefore simply made notes of the documents he wanted during the course of those two days, from which he intended to draft a detailed letter to Sirti's counsel itemizing his requests.

13. Counsel agreed Sirti could postpone responding to Travelers' discovery until those documents were reviewed due to the time consuming nature of that process. A copy of a November 5, 2001 letter from Sirti's counsel memorializing that understanding is attached as Exhibit C.

14. After completing his review, Travelers' counsel drafted the aforementioned letter itemizing his requests. A copy of the November 26, 2001 letter is attached as Exhibit D.

15. Unfortunately, although counsel took care to specify his requests in the order the documents were maintained by Sirti's counsel, he was told the order had inadvertently been changed by the insertion of additional pleadings which had not yet been filed during the time counsel was reviewing the documents. The process therefore had to be repeated.

16. Travelers' counsel finished the process on December 21, 2001. On December 28, 2001 they were delivered to his office.

17. Travelers' counsel must now review these documents in detail in order to be able to tell Sirti's counsel which Interrogatories still need to be answered and which documents requested need to be produced. (See Exhibits A and B).

18. Meanwhile, Travelers is in the process of drafting a second set of discovery which will be served very soon. Moreover, depending on the District Court's ruling on the appeal of the Chief Magistrate Judge's discovery order, additional documents responsive to the disputed requests, subject to applicable objections and privilege logs, may have to be assembled and produced. Sirti may serve additional discovery as well.

19. After that process is completed the parties anticipate noting a number of depositions. Dozens of witnesses and party representatives have been deposed in the underlying lawsuits, some of whom may need to be deposed in this action, depending on their testimony. Transcripts of those depositions are among the documents requested by Travelers and must now be reviewed and summarized.

20. Expert discovery must also be exchanged by the parties, which will be dependant on the outstanding discovery.

21. The parties then anticipate bringing motions for summary judgment.

22. As a consequence of both the ongoing discovery dispute and the time-consuming review and reproduction of the voluminous documents generated in the underlying lawsuits against Sirti, neither party, through no fault of their own, has received discovery responses, despite serving requests months ago.

23. The parties accordingly respectfully request all the deadlines contained in the Magistrate Judge's May 29, 2001 Pretrial Schedule and the November 13, 2001 Extended Pretrial Schedule be extended an additional sixty days. The specific dates proposed are contained in the attached Stipulated Order.

Dated: Jan. 3, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: Patrick J. Lee-O'Halloran

Kyle E. Hart (#159025)
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR PLAINTIFF**

Dated: 1/04/02

**MURNANE, CONLIN, WHITE & BRANDT**

By: [signature]

Mark S. Brown (#226774)
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ATTORNEYS FOR DEFENDANTS**

**STIPULATED ORDER**

IT IS HEREBY ORDERED, based upon the stipulation of the parties, that the deadlines set forth in the May 29, 2001 Pretrial Schedule and the November 13, 2001 Order Extending the Expert Disclosure and Discovery Deadlines are amended as follows:

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

   b. All discovery shall be commenced in time to be completed by **June 1, 2002**.

   c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 15, 2001.

   d. No more than 50 interrogatories, including all discrete subparts, shall by served by any party.

   e. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by **June 1, 2002**. Non-dispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff(s) on or before September 15, 2001.

      2) By Defendant(s) on or before **April 1, 2002**.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By plaintiff(s) on or before **April 1, 2002**.

      2) By defendant(s) on or before **May 15, 2002**.

c. Each party may depose no more than 2 expert witnesses on or before **June 1, 2002**.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule hall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to **July 1, 2002**.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on and after **October 1, 2002**, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last one week.

DATED: JAN. 9, 2002

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

488213

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500