UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity of America, et al.,

Defendants.

Civil No. 01-587 JMR/FLN

**FOURTH AMENDED STIPULATION AND ORDER EXTENDING PRETRIAL SCHEDULE**

**STIPULATION**

The Parties, through their undersigned counsel, do hereby stipulate and agree as follows:

1. That on March 29, 2002, the Court signed the parties' Third Stipulated Order extending the pre-trial schedule in this matter, including the following deadlines, among others:

   a. Discovery shall be completed by August 1, 2002;

   b. Non-dispositive motions shall be served by August 1, 2002;

   c. Defendants shall disclose the identity of their expert witnesses under Rule 26(a)(2)(A) on or before May 15, 2002;

   d. Plaintiffs shall disclose the substance of expert testimony on or before May 15, 2002;

   e. Defendants shall disclose the substance of expert testimony on or before June 15, 2002;

   f. Expert depositions shall be taken on or before July 1, 2002;

... 1 8 2002
FILED ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

g. Dispositive motions shall be filed and scheduled prior to September 1, 2002; and

h. The case shall be ready for trial on and after October 1, 2002.

2. On May 28, 2002, the parties, through their respective counsel, appeared before Magistrate Judge Noel on defendants' motion to compel discovery and for a status conference.

3. At the hearing, counsel for defendants argued that another extension of the deadlines contained in the current Pretrial Schedule may be necessary for various reasons.

4. Counsel for defendants cited among those reasons the pace of discovery, as chronicled in the parties' previous Stipulations and proposed Orders, the fact that as yet neither party had been furnished complete discovery responses, the fact that quite likely a number of out-state and perhaps international depositions may be necessary, all of which reasons justified extending the deadlines, particularly the September 1, 2002 dispositive motion deadline, which under the Rules would effectively require the moving parties to serve initial Briefs this month.

5. That since the Court issued its June 1, 2002, Order granting defendants' motion, the parties have, in large part, served the balance of their discovery responses - although defendants served theirs on July 9, 2002. However, no depositions have yet been taken. Defendants do, however, intend to depose a number of individuals. Specifically, defendants subpoenaed the records from two insurance brokerages and plaintiff's professional liability insurer seeking information pertaining to that policy. The brokerages produced their documents in late June. The insurer has

produced some responsive documents and is in the process of gathering the rest. The documents produced to date contain references to individuals defendants intend to depose. However, without exception, those individuals are located out of state. So are all the current and former employees of plaintiff who defendants may want to depose, and most of those reside in Europe.

6. Similarly, all of the current or former employees of Travelers whom plaintiff may desire to depose after reviewing the documents just produced reside out-of-state. Plaintiff has not yet determined whether it will do so.

7. The parties consequently believe an extension of the discovery and motion deadlines is warranted, given the logistical and scheduling issues involved in deposing these individuals.

8. The parties further agree that a six-month extension of those deadlines is warranted under the circumstances and to avoid the need to return to the court yet again for another extension.

9. Finally, the parties respectfully reserve the right to file dispositive motions before the amended deadline and sign this Stipulation without prejudicing their rights to do so.

For all the foregoing reasons and those explained during the May 28, 2002, hearing, the parties accordingly respectfully request the deadlines in the Court's Pretrial Schedule be extended an additional six months. The specific dates proposed are contained in the attached Stipulated Order. These changes will necessarily affect the trial readiness date of October 1, 2002.

Dated: July 10, 2002

**FABYANSKI, WESTRA & HART, P.A.**

By: ______________________

Kyle E. Hart (#159025)
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR PLAINTIFF**

Dated: July 11, 2002

**MURNANE, CONLIN, WHITE & BRANDT**

By: ______________________

Mark S. Brown (#226774)
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ATTORNEYS FOR DEFENDANTS**

## STIPULATED ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties, that the deadlines set forth in the Third Stipulated Order extending the Pretrial Schedule dated March 29, 2002, are amended as follows:

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

   b. All discovery shall be commenced in time to be completed by **February 1, 2003**.

   c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 15, 2001.

   d. No more than 50 interrogatories, including all discrete subparts, shall by served by any party.

   e. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by **February 1, 2003**. Non-dispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

   a. Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1) By Plaintiff(s) on or before September 15, 2001.

      2) By Defendant(s) on or before **May 15, 2002**.

   b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      1) By plaintiff(s) on or before **May 15, 2002**.

2) By defendant(s) on or before **June 15, 2002**.

c. Each party may depose no more than 2 expert witnesses on or before **January 1, 2003**.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to **March 1, 2003**.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on and after **April 1, 2003**, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last one week.

5. No further extensions will be granted.

DATED: July 16, 2002

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

512132.1