UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587 (JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corporation | ) | |
| | ) | |
| v. | ) | 01-CV-587 (JMR/FLN) |
| | ) | |
| The Travelers Indemnity of America al. | ) | |

This matter came before the Court on plaintiff's motion for summary judgment (Doc.#33) and defendant's cross-motion for summary/declaratory judgment (Doc.#42).

The motions are hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: February 24, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED FEB 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK