UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587(JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corp. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Travelers Indemnity of America et al. | ) | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 6, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for partial summary judgment [Docket No. 33] is granted.

2. Defendant's cross-motion for summary judgment/declaratory judgment [Docket Nos. 36 and 42] is denied.

Dated: October 7th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED OCT 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____