UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-587 JMR/FLN

SIRTI LIMITED CORP.

Plaintiff,

vs.

**NOTICE OF APPEAL**

THE TRAVELERS INDEMNITY OF AMERICA

Defendant.

TO: Clerk of the Appellate Courts, 245 Minnesota Judicial Center, 25 Constitution Avenue, St. Paul, Minnesota 55155.

**PLEASE TAKE NOTICE** the above-named Defendant The Travelers Indemnity of America, et al, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order granting Plaintiff's Motion for Partial Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment/Declaratory Judgment dated October 7, 2003 and filed on October 10, 2003.

Attorneys for Plaintiff
Kyle E. Hart #159025
Patrick J. Lee-O'Halloran #269074
FABYANSKI, WESTRA & HART, P.A.
800 Lasalle Avenue #1900
Minneapolis, MN 55402
(612) 338-0115

Dated: 11/6/03

**MURNANE, CONLIN, WHITE & BRANDT**
*Professional Association*

Daniel A. Haws #193501
Attorneys for Defendant Case Corporation
1800 U.S. Bancorp Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

576824.1

58

FILED NOV - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL OF APPEAL

**Date:** November 12, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 01-CV-587 JMR/FLN
Eighth Circuit Case No.:
Case Title: Sirti Limited Corp. v. The Travelers Indemnity et al.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
  X The statutory filing fee has been paid, receipt # 700429611
  ☐ The statutory filing fee has been waived:
    ☐ USA filed appeal
    ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ________________