**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** Reporter -

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA, 4TH DIVISION**

Sirti Limited Corp ______________ ______________

______________ ______________

______________ ______________

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV.. 01-587

Travelers Indemnity Co. ______________ ______________

______________ ______________

______________ ______________

INTERPRETER ______________

( ) **MOTION MINUTES**

**ORDER TO BE SUBMITTED BY: ( ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

STATISTICAL CLOSING: This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 to the Administrative Office. ***PENDING APPEAL BEFORE THE 8TH CIRCUIT***.

______________

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 4-29-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum