UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587(JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corp.<br><br>v.<br><br>The Travelers Indemnity Co. of North America et al. | )<br>)<br>)<br>)<br>)<br>) | ORDER |

The Court issued an Order dated November 11, 2003, granting plaintiff's partial motion for summary judgment and denying defendants' cross-motion for summary judgment/declaratory judgment. Defendants now move the Court, pursuant to Fed. R. Civ. P. 54(b), for entry of final judgment with regard to defendants' cross-motion concerning its duty to defend. The Court finds defendants have failed to make the necessary showing to receive certification. Accordingly, IT IS ORDERED that:

Defendants' motion for an entry of final judgment, pursuant to Fed. R. Civ. P. 54(b) [Docket No. ], is denied.

Dated: August 12, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge