01cv587 JMR/FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3803

Sirti Limited Corp., *
*
Appellee, *
* Appeal from the United States
v. * District Court for the
* District of Minnesota
The Travelers Indemnity Company *
of America; The Travelers Indemnity*
Company of Illinois, *
*
Appellants. *

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed for lack of jurisdiction in accordance with the opinion of this court.

(5361-010199)

July 27, 2004

Order entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 23 2004
U.S. DISTRICT COURT MPLS