**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
01-587 (JMR/FLN)

---

Sirti Limited Corp.,
Plaintiff,

v.

The Travelers Indemnity Company of America, et al.
Defendants.

Court File No. 01-587 JMR/FLN

**SIRTI'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON TRAVELERS' DUTY TO DEFEND**

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on a date to be designated by the Calendar Clerk, Plaintiff Sirti Limited Corp. will bring the following motion on for hearing before the Honorable James M. Rosenbaum at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

## MOTION

PLAINTIFF MOVES THE COURT, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, for entry of final judgment in favor of Sirti and against Travelers on plaintiff's and defendants' claims for declaratory relief concerning Travelers' duty to defend Sirti. In connection with this motion, plaintiff requests that the Court expressly determine that there is no just reason for delay and that the Court expressly direct the entry of final judgment on these claims for declaratory relief. This motion shall be based upon all the files, records and proceedings herein, including Sirti's Memorandum in Support of Entry of Final Judgment on Travelers' Duty to Defend.

Dated: September 10, 2004.

**FABYANSKE, WESTRA & HART, P.A.**

By: /s/ Stephen A. Melcher

Kyle E. Hart (#159025)
Stephen A. Melcher (#177015)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR SIRTI LIMITED**