**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on September 10, 2004, I caused the following documents:
SIRTI'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON TRAVELERS' DUTY TO DEFEND; MEMORANDUM IN SUPPORT; PROPOSED ORDER

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

MARK S. BROWN
DANIEL A. HAWS

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

JAMES M. ROSENBAUM

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

MARK S. BROWN (mbrown@iversonlaw.com)
DANIEL A. HAWS (dhaws@murnane.com)

Dated: September 10, 2004

**s/ Stephen A. Melcher**
Stephen A. Melcher