UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587(JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corp. | ) | |
| v. | ) | ORDER |
| The Travelers Indemnity Co. of America et al. | ) | |

Defendant seeks leave for reconsideration of the Court's August 12, 2004, Order denying entry of final judgment. Rule 7.1(g) of the Local Rules for the District of Minnesota requires a "showing of compelling circumstances" when seeking reconsideration.

Defendant has offered no compelling circumstances, and its request for leave is hereby denied.

IT IS SO ORDERED.

Dated: September 17, 2004

S/JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge