UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendants.

**EXPLOSION PLAINTIFFS' MOTION TO INTERVENE**

Court File Number: 01-CV-587 (JMR/FLN)

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next-of-Kin of Carolyn Sandquist, and Jill K. Weber, [hereinafter "explosion plaintiffs"] claim an interest in the subject matter that forms the basis for the plaintiff's complaint in the above-entitled action. The explosion plaintiffs are so situated that the disposition of the action may as a practical matter impair or impede their ability to protect their interests. Accordingly, they hereby move this Court for an order granting them the right to participate in this lawsuit as intervenors.

Filed contemporaneously with this Motion and incorporated herein is a Complaint in Intervention setting forth the nature and extent of every claim as to which intervention is sought and the reason for the explosion plaintiffs' claims of

entitlement to intervention. This motion to intervene is made pursuant to Rules 24(a), 24(b) and 24(c) of the Federal Rules of Civil Procedure.

We hereby acknowledge that sanctions may be awarded pursuant to Minn. Stat. § 549.211.

SCHWEBEL GOETZ & SIEBEN, P.A.

By s/Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR THE INTERVENORS
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-344-0417

Dated: September 27, 2004

L. MICHAEL HALL, P.A.

By s/L. Michael Hall
L. Michael Hall (#39792)
ATTORNEYS FOR THE INTERVENORS
1010 West St. Germain, Suite 100
St. Cloud, Minnesota 56301
Telephone: 320-255-1000

Dated: September 27, 2004