UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendants.

**AUTHENTICATING AFFIDAVIT OF SHARON L. VAN DYCK**

Court File Number: 01-CV-587 (JMR/FLN)

STATE OF MINNESOTA )
) ss:
COUNTY OF HENNEPIN )

Sharon L. Van Dyck, being duly sworn upon oath, states:

1. I am one of the attorneys of record for the explosion plaintiffs and am thoroughly familiar with all of the files, records, and proceedings herein.

2. Attached as Exhibit 1 is a copy of Ralph W. Braegelmann's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

3. Attached as Exhibit 2 is a copy of L. Michael Hall's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

4. Attached as Exhibit 3 is a copy of L. Michael Hall P.A.'s Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

5. Attached as Exhibit 4 is a copy of Monica A. Ims' Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

6. Attached as Exhibit 5 is a copy of Judy M. Keller's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

7. Attached as Exhibit 6 is a copy of Mary Jo Mendel's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

8. Attached as Exhibit 7 is a copy of Jacqueline Ploof's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

9. Attached as Exhibit 8 is a copy of The Housing and Redevelopment Authority's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

10. Attached as Exhibit 9 is a copy of Deborah K. Stalboerger's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

11. Attached as Exhibit 10 is a copy of Thomas Sandquist's Amended Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

12. Attached as Exhibit 11 is a copy of Jill K. Weber's Findings of Fact, Conclusions of Law and Order for Judgment Against Sirti Limited.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Sharon L. Van Dyck
Sharon L. Van Dyck

Subscribed and sworn to before me
this 27th day of September, 2004.

s/Julie Webster
Notary Public