UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

and

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next-of-Kin of Carolyn Sandquist, and Jill K. Weber,

Intervenors,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendants.

**COMPLAINT IN INTERVENTION**

Court File Number: 01-CV-587 (JMR/FLN)

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next-of-Kin of Carolyn Sandquist, and Jill K. Weber, [hereinafter "explosion plaintiffs"] for their complaint in intervention, state and allege as follows:

## INTRODUCTION

1. Plaintiff Sirti [hereinafter "Sirti"] has sued defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois [hereinafter "Travelers"] for breach of contract and declaratory judgment seeking to, among other things, establish Sirti's right to defense and indemnity from the Travelers

with respect to lawsuits commenced against Sirti arising out a natural gas explosion that occurred in St. Cloud, Minnesota on December 11, 1998 [hereinafter "the explosion"].

2. Travelers has denied being obligated to defend or indemnify Sirti based on a "professional services" exclusion in Sirti's commercial, general and excess liability insurance policies.

**PARTIES**

3. At all times pertinent to this action, Sirti was a foreign-based design construction and construction management company with its United States' headquarters located in Tampa, Florida.

4. At all times pertinent to this action, Travelers was a foreign insurance company licensed to do business in the State of Minnesota.

5. Ralph W. Braegelmann was injured in the explosion. He brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Ralph W. Braegelmann settled his claims against Sirti for $45,907.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in his favor against Sirti for $45,907.50 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 1.

6. L. Michael Hall suffered damages in the explosion. He brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, L. Michael Hall settled his claims against Sirti for $90,000.00 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in his favor against Sirti for $90,000.00 on July 14, 2004. A copy of the Stearns County

District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 2.

7. L. Michael Hall, P.A. sustained damage as a direct result of the explosion. It brought suit against Sirti and others to recover for that damage. Following extensive discovery and shortly before trial, L. Michael Hall, P.A. settled its claims against Sirti for $25,905.00 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in its favor against Sirti for $25,905.00 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 3.

8. Monica A. Ims was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Monica A. Ims settled her claims against Sirti for $4,057.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $4,057.50 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 4.

9. Judy M. Keller was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Judy M. Keller settled her claims against Sirti for $4,057.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $4,057.50 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 5.

10. Mary Jo Mendel was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and

shortly before trial, Mary Jo Mendel settled her claims against Sirti for $25,792.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $25,792.50 on August 30, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 6.

11. Jacqueline Ploof was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Jacqueline Ploof settled her claims against Sirti for $460,020.00 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $460,020.00 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 7.

12. The Housing and Redevelopment Authority sustained property damage in the explosion. It brought suit against Sirti and others to recover for that damage. Following extensive discovery and shortly before trial, The Housing and Redevelopment Authority settled its claims against Sirti for $7.297.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in its favor against Sirti for $7.297.50 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibits 8.

13. Deborah K. Stalboerger was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Deborah K. Stalboerger settled her claims against Sirti for $4,057.50 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $4,057.50 on July 14, 2004. A copy of the

Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 9.

14. Carolyn Sandquist died as a result of injuries she suffered in the explosion. Thomas Sandquist was appointed Trustee for her next-of-kin. He brought suit against Sirti and others to recover for Carolyn Sandquist's wrongful death. Following extensive discovery and shortly before trial, Thomas Sandquist settled his claims against Sirti for $750,000.00 pursuant to a *Miller v. Shugart* settlement agreement. An amended judgment was entered in his favor against Sirti for $750,000.00 on August 3, 2004. A copy of the pertinent Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 10.

15. Jill K. Weber was injured in the explosion. She brought suit against Sirti and others to recover for those injuries. Following extensive discovery and shortly before trial, Jill K. Weber settled her claims against Sirti for $7,905.00 pursuant to a *Miller v. Shugart* settlement agreement. Judgment was entered in her favor against Sirti for $7,905.00 on July 14, 2004. A copy of the Stearns County District Court judgment is attached to the Affidavit of Sharon L. Van Dyck as Exhibit 11.

## BACKGROUND

### The Policies

16. Between January 1, 1998 and January 1, 1999, Sirti was insured under a commercial general liability insurance policy (Policy No. DT-CO-368X3487-TIA-98) (the "CGL" policy) and a commercial excess liability insurance policy (Policy No. DTSR-CUP-836G636-0-TIL-98) (the "umbrella" policy) issued by Travelers.

### The Project

17. In 1998, Seren Innovations, Inc. ("Seren"), a subsidiary of Northern States Power Company ("NSP"), was engaged in the installation of a cable TV,

telephone and high-speed Internet access system serving Greater St. Cloud, Minnesota (the "project").

18. Seren hired Cable Constructors, Inc. ("CCI") to, among other things, install Seren's cable system.

19. Seren hired Sirti to provide engineering and construction management services for the project.

20. On December 11, 1998, a CCI crew severed a high-pressure natural gas line owned by NSP while installing an anchor for a utility pole on the project.

21. A short time later, leaking gas exploded, killing four people, injuring numerous others, and causing extensive property damage. The "explosion plaintiffs" are among those injured and/or otherwise damaged in the explosion.

**The Underlying Lawsuits**

22. At least 22 lawsuits were filed against Sirti, including the individual lawsuits filed by the explosion plaintiffs.

23. The claims asserted against Sirti by the explosion plaintiffs are covered by Sirti's CGL and umbrella policies with Travelers. Thus Travelers has a duty to indemnify Sirti for those damages.

24. Sirti tendered the defense of the lawsuits to Travelers, but Travelers failed and/or refused to defend or provide coverage for the claims asserted by the explosion plaintiffs. Travelers has stated that its decision not to defend or indemnify Sirti is based on a "professional services" exclusion contained in Sirti's policies with Travelers.

25. The explosion plaintiffs have secured individual judgments against Sirti for the damages they suffered in the explosion in the following amounts:

| | |
|---|---|
| Ralph Braegelman | $45,907.50 |
| L. Michael Hall | $90,000.00 |

| | |
|---|---|
| L. Michael Hall P.A. | $25,905.00 |
| Monica Ims | $4,057.50 |
| Judy Keller | $4,057.50 |
| Mary Jo Mendel | $25,792.50 |
| Jacqueline Ploof | $460,020.00 |
| The Housing & Redevelopment Authority | $7,297.50 |
| Deborah K. Stalboerger | $4,057.50 |
| Thomas Sandquist | $750,000.00 |
| Jill Weber | $7,905.00 |

for a total of $1,425,000.

**COUNTS**

**COUNT I**

**(Breach of Contract)**

26. Paragraphs 1 through 25 are re-alleged and incorporated herein by reference.

27. Travelers' refusal to indemnify Sirti for the judgments the explosion plaintiffs have obtained against Sirti constitutes a breach of contract.

28. The explosion plaintiffs have standing to maintain a breach of contract claim against Travelers for the amounts of those judgments pursuant to the terms of the *Miller v. Shugart* settlement agreement each entered into with Sirti.

29. As a direct and proximate result of Travelers' breach of contract, the explosion plaintiffs have been damaged in the amount of the judgments they have obtained against Sirti. The amounts of those judgments are as set forth below:

| | |
|---|---|
| Ralph Braegelman | $45,907.50 |
| L. Michael Hall | $90,000.00 |
| L. Michael Hall P.A. | $25,905.00 |
| Monica Ims | $4,057.50 |
| Judy Keller | $4,057.50 |
| Mary Jo Mendel | $25,792.50 |
| Jacqueline Ploof | $460,020.00 |
| The Housing & Redevelopment Authority | $7,297.50 |
| Deborah K. Stalboerger | $4,057.50 |

| | |
|---|---|
| Thomas Sandquist | $750,000.00 |
| Jill Weber | $7,905.00 |

The total amount owed by Travelers to the explosion plaintiffs is $1,425,000, an amount substantially in excess of $75,000.

**COUNT II**

**(Declaratory Judgment)**

30. Paragraphs 1 through 29 are re-alleged and incorporated herein by reference.

31. The explosion plaintiffs are entitled to a declaratory judgment determining that Travelers is required to indemnify Sirti for the damages each of them incurred as a result of the explosion, specifically in the amount reflected by the individual judgments against Sirti as set forth below:

| | |
|---|---|
| Ralph Braegelman | $45,907.50 |
| L. Michael Hall | $90,000.00 |
| L. Michael Hall P.A. | $25,905.00 |
| Monica Ims | $4,057.50 |
| Judy Keller | $4,057.50 |
| Mary Jo Mendel | $25,792.50 |
| Jacqueline Ploof | $460,020.00 |
| The Housing & Redevelopment Authority | $7,297.50 |
| Deborah K. Stalboerger | $4,057.50 |
| Thomas Sandquist | $750,000.00 |
| Jill Weber | $7,905.00 |

The total damages affected by the declaration of coverage is $1,425,000, an amount substantially in excess of $75,000.

WHEREFORE, the explosion plaintiffs request:

a) A declaration of the Court that Travelers is obligated to indemnify Sirti for the damages each explosion plaintiff suffered in the accident, in particular, the damages set forth in their individual judgments.

b) Pre and post-judgment interest calculated commencing on the date each underlying judgment was entered.

c) Any other and further relief deemed just and equitable by the Court, or to which the explosion plaintiffs are entitled under the law.

I hereby acknowledge that sanctions may be awarded pursuant to Minn. Stat. § 549.211.

SCHWEBEL GOETZ & SIEBEN, P.A.

By s/Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR THE INTERVENORS
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-344-0417

Dated: September 27, 2004

L. MICHAEL HALL, P.A.

By s/L. Michael Hall
L. Michael Hall (#39792)
ATTORNEYS FOR THE INTERVENORS
1010 West St. Germain, Suite 100
St. Cloud, Minnesota 56301
Telephone: 320-255-1000

Dated: September 27. 2004