UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendant.

**NOTICE OF MOTION**

Court File Number: 01-CV-587 (JMR/FLN)

---

TO: PLAINTIFF SIRTI LIMITED CORP., THROUGH ITS COUNSEL, KYLE E. HART, FABYANSKE, WESTRA & HART, P.A., 920 SECOND AVENUE SOUTH, SUITE 1100, MINNEAPOLIS, MINNESOTA

DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, THROUGH THEIR COUNSEL, DANIEL A. HAWS, MURNANE, CONLIN, WHITE & BRANDT, 1800 U.S. BANCORP PIPER JAFFRAY PLAZA, 444 CEDAR STREET, ST. PAUL, MINNESOTA

PLEASE TAKE NOTICE that Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next-of-Kin of Carolyn Sandquist, and Jill K. Weber, [hereinafter "explosion plaintiffs"] by and through their undersigned counsel, will on October 18, 2004 at 9:00 a.m. in Courtroom 9W, Minneapolis before Magistrate Franklin L. Noel, move the Court for an Order allowing them to intervene in this action as described in the motion filed and served concurrently with this notice.

We hereby acknowledge that sanctions may be awarded pursuant to Minn. Stat. § 549.211.

SCHWEBEL GOETZ & SIEBEN, P.A.

By s/Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR THE INTERVENORS
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-344-0417

Dated: September 29, 2004

L. MICHAEL HALL, P.A.

By s/L. Michael Hall
L. Michael Hall (#39792)
ATTORNEYS FOR THE INTERVENORS
1010 West St. Germain, Suite 100
St. Cloud, Minnesota 56301
Telephone: 320-255-1000

Dated: September 29, 2004