**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2004, I caused the following documents:

1. Notice of Motion
2. Explosion Plaintiffs' Motion to Intervene
3. Complaint in Intervention
4. Memorandum in Support of Motion for Intervention
5. Authenticating Affidavit of Sharon L. Van Dyck with attached exhibits

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mark S. Brown
Daniel A. Haws
Kyle E. Hart
Patrick J. Lee-O'Halloran
Stephen A. Melcher

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: September 29, 2004

s/Sharon L. Van Dyck
Sharon L. Van Dyck