AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Sirti Limited Corp.
Intervenors: Jill K. Weber et al.
V.

Travelers Indemnity of America, et al.

**NOTICE**

CASE Civil 01-587 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 South 4th Street<br>Minneapolis, MN 55415 | Courtroom 9W |
| | DATE AND TIME<br>November 23, 2004 at 11:00 a.m. |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Franklin L. Noel
United States Magistrate Judge

October 22, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Kyle E. Hart, Esq. and Stephen A. Melcher, Esq.

Sharon L. Van Dyck, Esq.

Daniel A. Haws, Esq.