UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sirti Limited Corp.,

Plaintiff,

and

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as trustee for the next-of-kin of Carolyn Sandquist, and Jill K. Weber,

Intervenors,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendant.

---

**STIPULATION TO PERMIT INTERVENTION**

Court File Number: 01-CV-587 (JMR/FLN)

Plaintiff Sirti Limited Corp. and defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois, by and through their undersigned counsel hereby stipulate and agree that Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as trustee for the next-of-kin of Carolyn Sandquist, and Jill K. Weber may intervene in this action.

FABYANSKE WESTRA & HART

Dated: 10/22/2004

By s/Stephen A. Melcher
Kyle E. Hart (#159025)
Stephen A. Melcher (#177015)
ATTORNEYS FOR PLAINTIFF SIRTI
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402
(612) 338-0115

MURNANE CONLIN WHITE & BRANDT

Dated: 10/26/2004

By s/Daniel A. Haws
Daniel A. Haws (#193501)
ATTORNEYS FOR DEFENDANTS
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(651) 227-9411

SCHWEBEL, GOETZ & SIEBEN, P.A.

Dated: 10/20/2004

By s/Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR INTERVENORS
5120 IDS Center
Minneapolis, Minnesota 55402-2246
(612) 333-8361

L. MICHAEL HALL, P.A.

Dated: 10/21/2004

By s/L. Michael Hall
L. Michael Hall (#39792)
ATTORNEYS FOR INTERVENORS
1010 West St. Germain, Suite 100
St. Cloud, Minnesota 56301
(320) 255-5450