STATE OF MINNESOTA )
) ss:
COUNTY OF HENNEPIN )

Debra Behr of the City Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn upon oath, states and alleges that on the 27th day of October, 2004 she served the annexed proposed Order on the parties listed below by mailing to said parties copies thereof, enclosed in an envelope, postage prepaid and deposited in the post office at Minneapolis, Minnesota, directed to said parties at the last known address of said parties.

Daniel A. Haws, Esq.
Murnane, Conlin, White & Brandt
1800 US Bancorp, Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Kyle E. Hart, Esq.
Stephen A. Melcher, Esq.
Fabyanske, Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

s/Debra Behr
Debra Behr

Subscribed and sworn to before
me this 27th of October, 2004.

s/Julie Webster
Notary Public