**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2004, I caused the following documents:

Stipulation to Permit Intervention

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mark S. Brown
Daniel A. Haws
Kyle E. Hart
Patrick J. Lee-O'Halloran
Stephen A. Melcher

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: October 27, 2004

s/Debra Behr
Debra Behr