UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sirti Limited Corp.,

Plaintiff,

**ORDER**

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Court File Number: 01-CV-587 (JMR/FLN)

Defendant.

---

The above-entitled matter came before the undersigned Judge on the stipulation of the parties who agree that Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as trustee for the next-of-kin of Carolyn Sandquist, and Jill K. Weber (Explosion Plaintiffs) may intervene in this action.

IT IS HEREBY ORDERED AND DECLARED:

That based upon said Stipulation to Permit Intervention, Explosion Plaintiffs may intervene in this action.

Date: October 29, 2004

BY THE COURT:

S/ *Franklin L. Noel*
The Honorable Franklin L. Noel
Magistrate Judge