UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587(JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corp. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Travelers Indemnity Co. of North America et al. | ) | |

The Court granted plaintiff's partial motion for summary judgment and denied defendants' cross-motion for summary judgment/declaratory judgment by Order dated November 11, 2003. Plaintiff now moves for an entry of final judgment with regard to defendants' duty to defend pursuant to Fed. R. Civ. P. 54(b).

The Court finds plaintiff has failed to make the necessary showing to receive certification. Accordingly, IT IS ORDERED that:

Plaintiff's motion for an entry of final judgment [Docket No. 66] is denied.

Dated: November 17th, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge