# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL PRETRIAL CONFERENCE

Sirti Limited Corp.
Plaintiff,

Jill K. Weber et al. - intervenor plaintiffs
v.

Travelers Indeminity of America et al.
Defendants.

**COURT MINUTES**
Case Number: 01-587 JMR/FLN

| | |
|---|---|
| Date: | November 23, 2004 |
| Court Reporter: | n/a |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:40 a.m. |
| Time in Court: | 40 Minutes |

Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff: Steve Melcher

For Defendant: Mike Hall, Sharon Van Dyck, (intervenors), Dan Haws: Travelers

A. DESCRIPTION OF THE CASE

1. Nature of the case: insurance coverage, declaratory judgment action

2. Legal and factual issues:

a) Liability: Whether any or all of the claims made in the underlying cases are excluded from coverage under the policy

b) Damages:

B. THE PLEADINGS

1. All filed? No; intervenors' complaint and answers thereto must be filed: intervenors: 11/29/04; Plaintiff and defendant 12/20/04

   a. Anticipated amendments? No

   b. Additional parties? Maybe, more intervenors

2. Jury demand:

   a. yes ☐ no ☒

   b. Any issue with respect to jury demand? ____________

3. Amend Pleadings:

   a. Add parties/claims/defenses all parties will intervene: 4/1/05

   b. Punitive damages motion ________________________

C. DISCOVERY

1. Limitations on Discovery:

   a) Interrogatories _______________
   b) Depositions _______________
   c) Requests for Admission ______
   d) Document Requests _________
   e) Rule 35 Medical Exam ______
   f) Other ________________________________________________________________________

2. Pre-Discovery Disclosures _________________

3. Discovery cut-off 9/1/05

4. Other deadlines ________________________________________________________________________

5. Experts: YES ☒ NO ☐

   a. Identity ___________________________________
      Initial 9/1/05 Rebuttal 11/1/05

   b. Substance of Testimony ________________________
      Initial 9/1/05 Rebuttal 11/1/05

   c. Depositions; Number 2; Date 12/1/05

D. MOTIONS

1. Non-dispositive 12/1/05

2. Dispositive 3/1/06

E. TRIAL READINESS

a. Estimated Trial Time: 2-3 weeks

b. Trial Ready Date: 4/1/06

Settlement conference to be scheduled in April 2005.

s/Franklin L. Noel
U. S. Magistrate Judge