UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp., Civil No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

v. PRETRIAL SCHEDULE

Travelers Indemnity of America, et al.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties, or parties that are moving to intervene, must be served by April 1, 2005.

b. The complaint in intervention shall be filed on or before November 29, 2004; Any answers thereto shall be filed on or before December 20, 2004.

c. All discovery shall be commenced in time to be completed by September 1, 2005.

d. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2005. Nondispositive motions may be scheduled for

hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before September 1, 2005, with respect to initial experts.

2) By all parties on or before November 1, 2005, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before September 1, 2005, with respect to initial expert reports.

2) By all parties on or before November 1, 2005, with respect to rebuttal expert reports.

c. Each party may depose no more than 2 expert witnesses on or before December 1, 2005.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and the hearing thereon completed by March 1, 2006.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Heather Labat at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. Trial

   a. This case shall be ready for trial on and after April 1, 2006, at which time it will be placed on the court's non-jury trial calendar.

   b. Trial is estimated to last 2-3 weeks.

DATED: November 24, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge