UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-587(JMR/FLN)

| | | |
|---|---|---|
| Sirti Limited Corp. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Travelers Indemnity | ) | |
| Co. of America et al. | ) | |

This matter is before the Court on plaintiff's request for leave to file a motion for reconsideration of the November 17, 2004, Order denying entry of final judgment. Rule 7.1(g) of the Local Rules for the District of Minnesota requires a "showing of compelling circumstances" when seeking reconsideration.

The Court has looked at this issue on three previous occasions and is familiar with all of the documents in this case. While plaintiff has shown that an entry of final judgment would accommodate the parties, it has not met the standard required under Rule 7.1(g). Because plaintiff has offered no compelling circumstances, IT IS ORDERED that:

Plaintiff's request for leave to file a motion for reconsideration is denied.

Dated: December 6th, 2004

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge