**FABYANSKE, WESTRA & HART**
A PROFESSIONAL ASSOCIATION

SUITE 1900
800 LASALLE AVENUE
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE 612-338-0115
FAX 612-338-3857
WWW.FWHLAW.COM

M.T. FABYANSKE
MARK W. WESTRA
JEREMIAH J. KEARNEY
DENNIS J. TROOIEN
SCOTT LLOYD ANDERSON
PAUL L. RATELLE
GREGORY T. SPALJ
DEAN B. THOMSON
GARY C. EIDSON
KYLE E. HART
JUDITH E. KROW
STEPHEN A. MELCHER
RICHARD G. JENSEN
THOMAS J. TUCCI
CHARLES G. CARPENTER, III
CHRISTOPHER P. CHILSTROM
JOCELYN L. KNOLL
STEVEN C. COX
JULIE A. DOHERTY
AARON A. DEAN
SCOTT A. JOHNSON

DYANNA L. STREET
PATRICK J. LEE-O'HALLORAN
FREDERICK H. LADNER
NATHAN E. RAY
THERESA A. PETERSON
THEODORE V. ROBERTS
MATTHEW T. COLLINS
BRITTNEY L. DOHERTY
DANIEL J. GILCHRIST
DANIEL L. ABELSON
RORY O. DUGGAN

OF COUNSEL:
GORDON P. HEINSON
KATHLEEN S. MARA*
RENÉE K. ZIRBES

RETIRED:
B.C. HART

*NOT LICENSED IN MINNESOTA

December 8, 2004

EMAIL SMELCHER@FWHLAW.COM
DIRECT (612) 359-7629

RECEIVED
BY MAIL
DEC - 9 2004
CLERK US DIST COURT
MINNEAPOLIS MN

Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re: Sirti Limited Corp. v. Travelers Indemnity, et al.**
**Court File No.: 01-587 JMR/FLN; App. Doc. No. 03-3803**
**Our File No.: 80760-002**

Dear Clerk of Court:

Please remove the following names from the list for electronic filing in the above-captioned matter:

Patrick J. Lee-O'Halloran, patrickl@fhwlaw.com
Kathy Jensen, kathyj@fwhlaw.com

Please feel free to contact me should you have any questions.

Very truly yours,

Stephen A. Melcher

SAM/dkb

\\file1\vol1\PL\SAM\372355.doc

SCANNED
DEC 9 2004
U.S. DISTRICT COURT MPLS