**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Sirti, et al. v. Travelers, et al.**
**Civil No. 01-CV-587**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2004, I have caused the following document:

The Travelers Indemnity Company of America and Travelers Indemnity Company of Illinois' Answer to Complaint in Intervention

to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark S Brown**
  mbrown@iversonlaw.com reitreim@iversonlaw.com,bhallstrom@iversonlaw.com
- **Lawrence Michael Hall**
  mike@hallinjurylaw.com deb@hallinjurylaw.com;lori@hallinjurylaw.com
- **Kyle E Hart**
  khart@fwhlaw.com traceyb@fwhlaw.com;denised@fwhlaw.com
- **Daniel A Haws**
  dhaws@murnane.com
- **Stephen A Melcher**
  smelcher@fwhlaw.com dbihner@fwhlaw.com
- **Sharon L Van Dyck**
  svandyck@schwebel.com dbehr@schwebel.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

MURNANE, CONLIN, WHITE & BRANDT
Professional Association

Dated: December 17, 2004

s/Daniel A. Haws

Daniel A. Haws #193501
Attorneys for Defendant Travelers
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411
FAX: (651) 223-5199

633223