IVERSON REUVERS
ATTORNEYS AT LAW

MARK S. BROWN
DIRECT: 952.548.7207
MBROWN@IVERSONLAW.COM

RECEIVED
BY U.S. MAIL

2004 DEC 27 AM 9:30

U.S. DIST COURT
MINNEAPOLIS, MN

JON K. IVERSON
PAUL D. REUVERS
JEFF M. ZALASKY
JASON J. KUBOUSHEK
MARK S. BROWN
PAMELA J.F. WHITMORE
JASON M. HIVELEY
SUSAN M. TINDAL
JEFFREY A. EGGE

December 23, 2004

Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Sirti Limited Corp. v. Travelers Indemnity, et al
Court File No. 01-587 JMR/FLN; App. Doc. No. 03-3803

Dear Clerk of Court:

Please remove the following name from the list for electronic filing in the above captioned matter:

Mark S. Brown, mbrown@iversonlaw.com

Please feel free to contact me should you have any questions.

Sincerely,

IVERSON REUVERS

Mark S. Brown

Mark S. Brown
MSB:be

SCANNED
DEC 27 2004
U.S. DISTRICT COURT MPLS