UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sirti Limited Corp.<br><br>v.<br><br>The Travelers Indemnity of America, et al | ) | 01-CV-587 (JMR/FLN) |
| Seren Innovations, Inc., et al<br><br>v.<br><br>The Travelers Indemnity Company of America, et al | ) | 04-CV-4978 (DSD/SRN) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-587, having been assigned to the Honorable James M. Rosenbaum, Chief United States District Judge, and Case No. 04-CV-4978, having later been assigned to the Honorable David S. Doty, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 04-CV-4978 be assigned to the Honorable James M. Rosenbaum, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

2. A copy of this Order shall be filed in each case.

Dated: January 6, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge

Dated: January 7, 2005

s/David S. Doty
DAVID S. DOTY
United States District Judge