AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Sirti Limited Corp.
Intervenor Pltfs: Jill K. Weber et al.
V.

The Travelers Indemnity of America et al.

**NOTICE**

CASE Civil 01-587 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Chambers 9W<br>DATE AND TIME |

TYPE OF PROCEEDING

SETTLEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | April 8, 2005, at 9:30 a.m. | June 9, 2005, at 9:30 a.m. |

Franklin L. Noel
United States Magistrate Judge

January 24, 2005
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Kyle E. Hart, Esq. & Stephen A. Melcher, Esq.
Fabyanske, Westra & Hart

Sharon L. Van Dyck, Esq.
Schwebel, Goetz & Sieben

Daniel A. Haws, Esq.
Murnane, Conlin, White & Brandt