**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**U.S. COURTHOUSE, SUITE 9W**
**300 SOUTH FOURTH STREET**
**MINNEAPOLIS, MINNESOTA 55415**

Franklin L. Noel
U. S. MAGISTRATE JUDGE 612-664-5110

June 2, 2005

Kyle E. Hart, Esq. and Stephen A. Melcher, Esq.
Fabyanske, Westra & Hart
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402

Lawrence M. Hall, Esq.
Hall Law Office
1010 St. Germain Street West, Suite 100
St. Cloud, MN 56301

Sharon L. Van Dyck, Esq.
Schwebel, Goetz & Sieben
80 South 8th Street
Minneapolis, MN 55402

Daniel A. Haws, Esq.
Murnane, Conlin, White & Brandt
444 Cedar Street, Suite 1800
St. Paul, MN 55102

In re: *Sirti Limited Corp. v. The Travelers Indemnity Company*, Civil 01-587 JMR/FLN

Dear Counsel:

I have reviewed Mr. Haws' letter dated May 31, 2005. Rather than conduct a settlement conference on June 9th, I will hold a case management conference that date. The conference has been scheduled for 10:00 a.m. rather than at 9:30 a.m. At the case management conference, we will address all the matters raised in Mr. Haws' letter of May 31st . Only trial counsel need to attend this conference. Clients are excused from attending.

s/ *Franklin L. Noel*

FRANKLIN L. NOEL
United States Magistrate Judge

cc: Clerk of Court ✓