UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Court File No. 04-4978 JMR/FLN

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

---

Sirti Limited Corp.,

Court File No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANTS TRAVELERS' MOTION TO CONSOLIDATE**

---

Pursuant to Rules 19 and 20 of the Federal Rules of Civil Procedure, Defendants The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois ("Travelers") will move this Court for the following:

1. Consolidate *Sirti Limited Corp., et al. v. The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10*, Court File No. 04-CV-4978 and *Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company v. The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,* Court File No. 01-587.

Said motion will be based upon all of the files, records, oral argument and proceedings herein and upon a Memorandum of Law and Affidavit of Daniel A. Haws that will be served upon Plaintiffs and filed with the Court.

DATED: June 6, 2005

MURNANE, CONLIN, WHITE & BRANDT
*Professional Association*

s/Daniel A. Haws

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

654551