UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Court File No. 04-4978 JMR/FLN

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

---

Sirti Limited Corp.,

Court File No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANTS TRAVELERS' NOTICE OF MOTION TO CONSOLIDATE**

---

TO: Plaintiff Seren Innovations, Incorporated and its attorney, Jerome B. Abrams, Abrams & Smith, 12th Floor Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402.

Plaintiffs Transcontinental Insurance Company and Continental Casualty Company and their attorney, Matthew R. Wildermuth, Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, IL 60606 and Michael Hall, L. Michael Hall, P.A., 1010 West St. Germain, Suite 100, St. Cloud, MN 56301.

Plaintiff Sirti Limited Corp. and its attorney, Stephen A. Melcher, Fabyanske, Westra, Hart, 800 La Salle Avenue, Suite 1900, Minneapolis MN 55402.

Intervenor Plaintiffs and their counsel, Sharon L. VanDyck, Schwebel, Goetz & Zieben, 80 South Eighth Street, Minneapolis, MN 55402.

**PLEASE TAKE NOTICE** that the undersigned will bring the following motion on for hearing at the U.S. Courthouse, 300 South Fourth Street, Courtroom 9W, Minneapolis, MN, before Magistrate Judge Franklin L. Noel, on the 27th day of June, 2005, at 9:00 a.m., or as soon thereafter as counsel can be heard.

DATED: June 6, 2005

MURNANE, CONLIN, WHITE & BRANDT
*Professional Association*

s/Daniel A. Haws
Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

655485