UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Court File No. 04-4978 JMR/FLN

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

---

Sirti Limited Corp.,

Court File No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**AFFIDAVIT OF DANIEL A. HAWS**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

DANIEL A. HAWS, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys from the law firm of Murnane, Conlin, White & Brandt representing Defendants The Travelers Indemnity Company of America and The Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois in the above-captioned matter.
2. Attached hereto as Exhibit 1 is a true and correct copy of Sirti's Complaint dated March 26, 2001.
3. Attached hereto as Exhibit 2 is a true and correct copy of Seren's Complaint dated December 10, 2004.
4. Attached hereto as Exhibit 3 is a true and correct copy of the Joint and Separate Answer of The Travelers Indemnity Company of American and The Travelers Indemnity Company of Illinois dated April 3, 2001.
5. Attached hereto as Exhibit 4 is a true and correct copy of the Joint Answer of The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois dated January 21, 2005.
6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint in Intervention dated September 27, 2004.

FURTHER YOUR AFFIANT SAITH NOT.

s/ Daniel A. Haws
DANIEL A. HAWS

Subscribed and sworn to before
me on June 6, 2005.

s/Cheryl A. Miller
Notary Public

655202