**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Sirti, et al. v. Travelers, et al.**
**Civil No. 01-587**

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2005, I have caused to be electronically filed the following documents:

1. Defendants Travelers' Notice of Motion to Consolidate;
2. Defendants Travelers' Motion to Consolidate;
3. Defendants Travelers' Memorandum of Law in Support of Motion to Consolidate; and
4. Affidavit of Daniel A. Haws.

With the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **L Michael Hall**
  mike@hallinjurylaw.com deb@hallinjurylaw.com;lori@hallinjurylaw.com
- **Kyle E Hart**
  khart@fwhlaw.com traceyb@fwhlaw.com;denised@fwhlaw.com
- **Daniel A Haws**
  dhaws@murnane.com
- **Stephen A Melcher**
  smelcher@fwhlaw.com dbihner@fwhlaw.com
- **Sharon L Van Dyck**
  svandyck@schwebel.com dbehr@schwebel.com

And I certify that I caused to be filed with the court via e-mail a copy of the Proposed Order to the following:

- **Magistrate Judge Franklin L. Noel**
  noel_chambers@mnd.uscourts.gov
- **L Michael Hall**
  mike@hallinjurylaw.com deb@hallinjurylaw.com;lori@hallinjurylaw.com
- **Kyle E Hart**
  khart@fwhlaw.com traceyb@fwhlaw.com;denised@fwhlaw.com
- **Daniel A Haws**
  dhaws@murnane.com

- **Stephen A Melcher**
  smelcher@fwhlaw.com dbihner@fwhlaw.com
- **Sharon L Van Dyck**
  svandyck@schwebel.com dbehr@schwebel.com

Dated: June 6, 2005

MURNANE, CONLIN, WHITE & BRANDT
Professional Association

s/Daniel A. Haws

Daniel A. Haws #193501
Attorneys for Defendants Travelers
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411
FAX: (651) 223-5199

655489