# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sirti Limited Corp., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CV 01-587 JMR/FLN |
| | ) | Date: June 9, 2005 |
| Travelers Indemnity et al., | ) | Court Reporter: |
| | ) | Time Commenced: 10:00 a.m. |
| Defendants. | ) | Time Concluded: 11:15 a.m. |
| | ) | Time in Court: 1 Hours & 15 Minutes |

Hearing on: **CASE MANAGEMENT CONFERENCE**

## APPEARANCES:

Plaintiff: Kyle Hart, Stephen Melcher
Defendant: Daniel Haws

## PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ **Case management conference.**
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

Plaintiff Sirti will get data needed by Defendant to evaluate its settlement position and a follow-up settlement conference will be scheduled for July 13, 2005.

s/Franklin L. Noel
U.S. Magistrate Judge