**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sirti Limited Corp.,

Plaintiff,

Ralph W. Braegelmann, et al.

Intervenor Plaintiffs,

v.

The Travelers Indemnity Company of America, et al.,

Defendants.

Civil No. 01-587 JMR/FLN

**CERTIFICATE OF SERVICE**

---

I hereby certify that on June 16, 2005, I caused the following document:

**SIRTI'S MEMORANDUM IN OPPOSITION TO TRAVELERS' MOTION TO CONSOLIDATE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

L. Michael Hall
L. Michael Hall, P.A.
1010 St Germain St W., Suite 100
St. Cloud, MN 56301
Email: mike@hallinjurylaw.com

Daniel. A. Haws
Murnane Conlin White & Brandt
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Email: dhaws@murnane.com

Sharon L. Van Dyck
Schwebel Goetz & Sieben
80 S. Eighth Street
Minneapolis, MN 55402
Email: svandyck@schwebel.com

Jerome B. Abrams
Abrams & Smith, P.A.
220 South Sixth Street, Suite 1250
Minneapolis, MN 55402
Email: jeromeabrams@abramsandsmith.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants: N/A

Dated: June 16, 2005

By: s/ Stephen A. Melcher

Kyle E. Hart (#159025)
Stephen A. Melcher (#177015)
Fabyanske, Westra, Hart & Thomson, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Phone: (612) 338-0115