UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

Ralph W. Braegelmann, et al

Intervenor Plaintiffs,

v.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

**INTERVENOR PLAINTIFFS' MEMORANDUM IN OPPOSITION OF TRAVELERS' MOTION TO CONSOLIDATE**

Court File No.: 01-CV-587 JMR/RLN

Intervenor Plaintiffs Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as trustee for the next-of-kin of Carolyn Sandquist, and Jill K. Weber oppose Travelers' motion to consolidate this case with Seren Innovations, Incorporated, et al vs. the Travelers Indemnity Company of America, et al, Court File No. 04-4978 JMR/FLN. Intervenor plaintiffs join in the opposition and memorandum submitted by plaintiff Sirti Limited Corp.

SCHWEBEL, GOETZ & SIEBEN, P.A.

Dated: July 25, 2005

By s/ Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR INTERVENORS
5120 IDS Center
Minneapolis, Minnesota 55402-2246
(612) 333-8361

L. MICHAEL HALL, P.A.

By s/ L. Michael Hall
L. Michael Hall (#39792)
ATTORNEYS FOR INTERVENORS
1010 West St. Germain, Suite 100
St. Cloud, Minnesota 56301
(320) 255-1000