IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on Monday, July 25, 2005, I caused the following documents:

> Intervenor Plaintiffs' Memorandum in Opposition of Travelers' Motion to Consolidate

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Daniel A. Haws | dhaws@murnane.com |
| Stephen A. Melcher | smelcher@fwhlaw.com |
| Kyle E. Hart | khart@fwhlaw.com |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: N/A

Dated: July 25, 2005

s/Debra Behr
Debra Behr