# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Sirti Limited Corp., and Intervenor Plaintiffs Jill Weber et al.,
Plaintiffs,
v.

The Travelers Indemnity Company of America, et al.,
Defendant.

**COURT MINUTES**
BEFORE: Frankin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-587 (JMR/FLN) |
| Date: | August 1, 2005 |
| Tape Number: | 1161-2648 |
| Time Commenced: | 9:40 |
| Time Concluded: | 10:15 |
| Time in Court: | 35 Minutes |

APPEARANCES:

For Plaintiff Sirti Limited Corp.: Stephen Melcher
For Intervenor Plaintiffs: Sharon Van Dyck, Michael Hall
For Defendant: Stacy Ertz

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motion to Consolidate Cases (Sirti v. Travelers Indemnity and Seren v. Travelers Indemnity, 04-4978) [#96] is taken under advisement as of August 1, 2005.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Amber S. Lee
Signature of Law Clerk