# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sirti Limited et al. Plaintiffs, v. The Travelers Indemnity Co. et al. Defendants. and Seren Innovations, et al. v. The Travelers Indemnity | ) | COURT MINUTES - CIVIL<br>BEFORE: Magistrate Judge Noel<br><br>Case No: 01-587 & 04-4978 JMR/FLN<br>Date: August 30, 2005<br>Court Reporter: n/a<br>Time Commenced: 9:30 a.m.<br>Time Concluded: 4:00 p.m.<br>Time in Court: 6 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Stephen Melcher/ Jerome Abrams / Sharon Van Dyck for intervenor plaintiffs
Defendant: Daniel Haws

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Final pretrial conference held
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☒ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

S/ *Cathy Orlando*
Judicial Assistant