UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

Civ. No. 04-4978 (JMR/FLN)

**ORDER**

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

Civ. No. 01-587 (JMR/FLN)

---

Jerome Abrams for Plaintiffs Seren Innovations, Inc., et al.
Stephen Melcher, for Plaintiff Sirti Limited Corp.
Sharon Van Dyck, Michael Hall, for Intervenor Plaintiffs
Stacy Ertz for Defendants Travelers Indemnity Company of America, et al.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 1, 2005, on Defendant Travelers' Motion to Consolidate Seren Innovations, Inc., et al. v. The

Travelers Indemnity Company of America, et al. and Sirti Corp., et al. v. The Travelers Indemnity Company of America, et al.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED [##96 & 11].**

DATED: August 30, 2005

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge