UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' NOTICE OF MOTION TO COMPEL DISCOVERY**

---

TO: ALL PARTIES ABOVE-NAMED.

**PLEASE TAKE NOTICE** that the undersigned will bring a Motion to Compel on for hearing on the 17th day of October, 2005, at 10:00 a.m., before Magistrate Judge Franklin L. Noel, United States Courthouse, 300 South Fourth Street, Courtroom 9W, Minneapolis, MN.

DATED: September 12, 2005

MURNANE BRANDT

s/Daniel A. Haws

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

669112