UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of
America, The Travelers Indemnity
Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of
America and The Travelers Indemnity
Company of Illinois,

Defendants.

---

**AFFIDAVIT OF DANIEL A. HAWS**
**IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT**
**OF MOTION TO COMPEL DISCOVERY**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

DANIEL A. HAWS, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys from the law firm of Murnane Brandt representing Defendants Travelers in the above-captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of Travelers' Requests for Admission, Integrated Interrogatories and Integrated Request for Production of Documents to Seren and TIC, dated July 1, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of Travelers' Request for Production of Documents to Seren, dated July 18, 2005, and Travelers' Interrogatories to Seren, dated July 18, 2005

4. Attached hereto as Exhibit 3 is a true and correct copy of the Correspondence from Daniel Haws to Counsel, dated September 8, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Objections and Responses to Defendants' Requests for Admission, dated August 11, 2005

6. Attached hereto as Exhibit 5 is a true and correct copy of the Correspondence from Daniel Haws to Matt Wildermuth and Lynnette Stafford, dated August 16, 2005.

7. To date, Seren and TIC have not answered Travelers' July 18, 2005 Interrogatories and Request for Production of Documents.

8. Seren and TIC made representations at the August 30, 2005 Settlement Conference that they would provide appropriate discovery responses. Despite the representations, Travelers has received no appropriate responses to its discovery.

9. To date, Seren and TIC have not responded to my August 16, 2005 correspondence and have not provided any information in response to that letter.

10. I have in good faith attempted to resolve this discovery dispute without Court involvement.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Daniel A. Haws
DANIEL A. HAWS

Subscribed and sworn to before me
this 12th day of September, 2005.

s/Cheryl A. Miller
Notary Public
669122