**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Sirti, et al. v. Travelers, et al.**
**Civil No. 01-587**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I have caused to be electronically filed the following documents:

1. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Notice of Motion to Compel Discovery;
2. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Motion to Compel Discovery;
3. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Memorandum of Law in Support of Motion to Compel Discovery; and
4. Affidavit of Daniel A. Haws in Support of Memorandum of Law in Support of Motion to Compel Discovery.

With the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

And I certify that I caused to be filed with the court via e-mail a copy of the Proposed Order to the following:

- **Magistrate Judge Franklin L. Noel**
  noel_chambers@mnd.uscourts.gov

- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

DATED: September 12, 2005 MURNANE BRANDT

s/Daniel A. Haws
Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

657455