AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

Seren Innovations, Inc., et al.
Sirti Limited Corp. et al.
V.

The Travelers Indemnity Company
of America, et al.

**NOTICE**

CASE 04-4978 & 01-587 JMR/FLN

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. Courthouse, 300 So. 4th Street<br>Minneapolis, Mn 55415 | Courtroom 8E<br>DATE AND TIME |

TYPE OF PROCEEDING

Hearing on Defendants' motion to compel discovery [#29 in 04-4978] and [#113 in 01-587]

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| 9W US Courthouse, 300 So. 4th St., Minneapolis | November 1, 2005-10:00 am | November 14, 2005 at 10:30 a.m. |

Franklin L. Noel
United States Magistrate Judge

October 17, 2005
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: ALL COUNSEL OF RECORD