# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Sirti Limited Corp., and Intervenor Plaintiffs Jill Weber et al., Plaintiffs,
v.
The Travelers Indemnity Company of America, et al., Defendants, 01-587 (JMR/FLN)
and
Seren Innovations, Inc., Plaintiff,
v.
The Travelers Indemnity Company, Defendant, 04-4978 (JMR/FLN)

## COURT MINUTES

BEFORE: Frankin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-587; 04-4978 (JMR/FLN) |
| Date: | November 14, 2005 |
| Tape Number: | 1690-2229 |
| Time Commenced: | 10:30 |
| Time Concluded: | 10:45 |
| Time in Court: | 15 Minutes |

## APPEARANCES:

| | |
|---|---|
| For Plaintiff Sirti Limited Corp.: | Stephen Melcher |
| For Intervenor Plaintiffs: | Sharon Van Dyck, Michael Hall |
| For Plaintiff Seren Innovations: | Jerome Abrams; Matthew Wildermuth |
| For Defendant: | Daniel Haws |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motion to Compel Discovery ([#113] 01-587; [#29] 04-4978) is taken under advisement as of November 14, 2005. The parties shall submit their agreement to the Court and the Court will Order that it be accomplished by November 23, 2005. The parties agreed that Defendant shall produce copies of the discovery to all parties on the service list.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Amber S. Lee
Signature of Law Clerk