**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Seren Innovations, Inc., et al. v. Travelers, et al. and
Sirti Limited Corp., et al. v. Travelers, et al.
Case No. 04-CV-04978-JMR/FLN
Case No. 01-CV-00587-JMR/FLN

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2005, I have caused to be filed with the court via e-mail a copy of the Proposed Order to the following:

| | |
|---|---|
| Mag. Judge Noel | Noel_chambers@mnd.uscourts.gov |
| Jerome Abrams | jeromeabrams@abramsandsmith.com |
| Matthew Wildermuth | matt.wildermuth@mbtlaw.com |
| Steve Melcher | smelcher@fwhtlaw.com |
| Kyle Hart | khart@fwhtlaw.com |
| Sharon VanDyck | svandyck@schwebel.com |
| Mike Hall | mike@hallinjurylaw.com |

DATED: November 17, 2005 **MURNANE BRANDT**

s/Daniel A. Haws
Daniel A. Haws #193501
Attorneys for Plaintiffs
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411
dhaws@murnane.com

678186