UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Plaintiffs,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**ORDER**

---

This matter came on for hearing before Magistrate Judge Franklin L. Noel at the United States Courthouse, 300 South Fourth Street, Courtroom 9W, Minneapolis, MN, on the 14th day of November, 2005, on Defendants Travelers' Motion to Compel Discovery.

Plaintiff Seren Innovations, Incorporated, having appeared in person, by and through its attorneys of record, Jerome B. Abrams and Matthew R. Wildermuth. Plaintiff Sirti Limited Corp. having appeared in person, by and through its attorney of record, Stephen A. Melcher. Intervenor Plaintiffs Jill K. Weber, et al. having appeared in person, by and

through their attorneys of record, Sharon L. VanDyck and L. Michael Hall.

Defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois having appeared in person, by and through their counsel of record, Daniel A. Haws and/or Stacy E. Ertz.

Based upon all of the files, records, oral argument and proceedings herein, IT IS HEREBY ORDERED:

1. That Defendants Travelers' Motion to Compel Discovery is HEREBY GRANTED [#29 & 113];

2. That Plaintiffs Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company will provide supplemental answers and responses to the following discovery requests:
   (a) Travelers' Request for Admissions and Integrated Interrogatories and Request for Production of Documents;
   (b) Travelers' Interrogatories; and
   (c) Travelers' Request for Production of Documents.

3. That Plaintiffs Seren Innovations, Inc., Transcontinental Insurance Company and Continental Casualty Company's supplemental answers and responses will include, but not will not be limited to, providing the following information:
   (a) Copies of any and all settlements entered into between Seren and any plaintiff in the underlying matter, regardless of whether CNA was involved. Said documents will be provided subject to execution of a protective order;
   (b) Detailed invoices for attorney fees and costs incurred by Seren in connection with the underlying matter, whether submitted to Transcontinental Insurance Company or Continental Casualty Company, or some other insurance company;
   (c) A description of any and all insurance companies to whom tender of defense and indemnity has been made by Seren and a description as to whether any other insurance companies have made payments for attorney fees and/or indemnity payments on behalf of Seren in the underlying matter.

4. That Plaintiffs Seren Innovations, Inc., Transcontinental Insurance Company and Continental Casualty Company will provide these complete and supplemental answers and responses no later than November 23, 2005.

Dated: November 25, 2005

BY THE COURT:

s/ *Franklin L. Noel*
Magistrate Judge Franklin L. Noel
United States District Court

678158