UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of
America, The Travelers Indemnity
Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of
America and The Travelers Indemnity
Company of Illinois,

Defendants.

---

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' MOTION TO DISMISS PURSUANT TO MINN. STAT. § 555.11**

---

Defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois will move this Court, pursuant to Minn. Stat. § 555.11, for

an order dismissing the above cases for failure to join necessary parties as required by Minn. Stat. § 555.11.

Said motion is based upon all of the files, records, oral arguments and proceedings herein and upon a Memorandum of Law and Affidavit of Daniel A. Haws served upon Plaintiffs and filed with the Court.

DATED: 1/4/06

MURNANE BRANDT

s/Daniel A. Haws

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

682748