UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' NOTICE OF MOTION TO DISMISS PURSUANT TO MINN. STAT. § 555.11**

---

TO: ALL PARTIES ABOVE-NAMED.

**PLEASE TAKE NOTICE** that the undersigned will bring a Motion to Dismiss for failure to join necessary parties under Minn. Stat. § 555.11 on for hearing on March 7, 2006 at 10:15 a.m., before Chief Judge James Rosenbaum, Courtroom 15E, United States Courthouse, 300 South Fourth Street, Minneapolis, MN.

DATED: 1/4/06

MURNANE BRANDT

s/Daniel A. Haws
Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

682751