**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Sirti, et al. v. Travelers, et al.**
**Civil No. 01-587**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I have caused to be electronically filed the following documents:

1. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Notice of Motion to Dismiss Pursuant to Minn. Stat. § 555.11;
2. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Motion to Dismiss Pursuant to Minn. Stat. § 555.11;
3. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Memorandum of Law in Support of Motion to Dismiss Pursuant to § 555.11; and
4. Affidavit of Daniel A. Haws in Support of Memorandum of Law in Support of Motion to Dismiss Pursuant to § 555.11.

With the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

And I certify that I caused to be filed with the court via e-mail a copy of the Proposed Order to the following:

- **Magistrate Judge Franklin L. Noel**
  noel_chambers@mnd.uscourts.gov

- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

DATED: January 4, 2006

MURNANE BRANDT

s/Daniel A. Haws

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendants The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

657455