UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of
America, The Travelers Indemnity
Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of
America and The Travelers Indemnity
Company of Illinois,

Defendants.

---

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' MOTION TO AMEND PRETRIAL SCHEDULE**

---

Defendants The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois will move this Court, pursuant to Fed.R.Civ.P. 16 and

Local Rule 7.1, for an order amending the November 24, 2004 Pretrial Schedule to extend the dispositive motion deadline to March 7, 2006.

Said motion is based upon all of the files, records, oral arguments and proceedings herein and upon a Memorandum of Law and Affidavit of Kelly S. Hadac served upon Plaintiffs and filed with the Court.

DATED: January 12, 2006

MURNANE BRANDT

s/Kelly S. Hadac

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Kelly Hadac #0328194
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

684806