UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANTS THE TRAVELERS INDEMNITY COMPANY OF AMERICA AND THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' NOTICE OF MOTION TO AMEND PRETRIAL SCHEDULE**

---

TO: ALL PARTIES ABOVE-NAMED.

**PLEASE TAKE NOTICE** that the undersigned will bring a Motion to Amend the November 24, 2004 Pretrial Schedule in the Sirti Limited Corp. action on for hearing on February 6, 2006 at 10:30 a.m., before Magistrate Judge Franklin L. Noel, United States Courthouse, Courtroom 9W, 300 South Fourth Street, Minneapolis, MN.

DATED: January 12, 2006

MURNANE BRANDT

s/Kelly S. Hadac

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Kelly S. Hadac #0328194
Attorneys for Defendant The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

684810