UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Court File No. 04-4978 JMR/FLN

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

---

Sirti Limited Corp.,

Court File No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

**DEFENDANT THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND PRETRIAL SCHEDULE**

---

## INTRODUCTION

The Court's November 24, 2004 Pretrial Schedule in the above Sirti Limited Corp. ("Sirti") action requires the parties to have all dispositive motions filed and heard by March 1, 2006. The Travelers Indemnity Company of America and The Travelers

Indemnity Company of Illinois (collectively "Travelers") timely requested a dispositive motion hearing date on December 28, 2005. However, the Court's first available hearing date was March 7, 2006, six days beyond the current dispositive motion deadline. Given these circumstances, Travelers respectfully requests an order amending the dispositive motion deadline until March 7, 2006 to prevent the prejudice that would occur should Travelers be denied the opportunity to bring its timely filed dispositive motion.

## STATEMENT OF FACTS

The facts of the underlying litigation are well known by this Court and will not be rehashed for sake of brevity. Only the facts relevant to this Motion will be stated.

### I. THE PRETRIAL SCHEDULE

On November 24, 2004, the Court issued a Pretrial Schedule. (Pretrial Schedule, dated November 24, 2004, attached as Ex. 1 to Affidavit of Kelly S. Hadac, hereinafter referred to as "Hadac Aff.") The Pretrial Schedule states that "[a]ll dispositive motions shall be filed and the hearing thereon completed by March 1, 2006." (Id.)

### II. TRAVELERS' DECEMBER 2005 ATTEMPT TO SCHEDULE A DISPOSITIVE MOTION HEARING DATE PRIOR TO THE MARCH 1, 2006 DEADLINE

On December 28, 2005, Travelers attempted to schedule a dispositive motion hearing date with the Court by calling Heather Labat as directed by the Pretrial Schedule. (Hadac Aff.) Ms. Labat informed Travelers that the first available hearing date for a dispositive motion was March 7, 2006, six days beyond the deadline. (Id.) Travelers reserved March 7, 2006 for the hearing of its dispositive motion. (Id.)

## III. TRAVELERS FILES A DISPOSITIVE MOTION ON JANUARY 4, 2006

On January 4, 2006, Travelers filed a Motion to Dismiss Pursuant to Minn. Stat. § 555.11. (See Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Notice of Motion to Dismiss Pursuant to Minn. Stat. § 555.11; Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Motion to Dismiss Pursuant to Minn. Stat. § 555.11; Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Memorandum of Law in Support of Motion to Dismiss Pursuant to § 555.11; Affidavit of Daniel A. Haws in Support of Memorandum of Law in Support of Motion to Dismiss Pursuant to § 555.11; and Proposed Order.) The Motion was filed in accordance with Local Rule 7.1 as directed by the Pretrial Schedule. It is this Motion that is currently scheduled to be heard on March 7, 2006, six days beyond the current dispositive motion deadline.

## IV. SIRTI REFUSES TO SIGN A STIPULATION TO AMEND THE PRETRIAL SCHEDULE

In lieu of making a formal motion to amend the Pretrial Schedule, Travelers asked all parties on January 3, 2006 to execute a stipulation amending the Pretrial Schedule. (See correspondence from Kelly Hadac to all counsel, dated January 3, 2006, attached as Ex. 2 to Hadac Aff.) Counsel Michael Hall and Sharon Van Dyck on behalf of the Intervenors executed the Stipulation. (See Signature pages of Michael Hall and Sharon Van Dyck attached as Ex. 3 to Hadac Aff.) Counsel for Sirti, however, has refused to sign the Stipulation forcing Travelers to make this Motion. (Hadac Aff.) It is unknown why Sirti will not sign the stipulation.

## DISCUSSION

### I. AMENDMENT TO PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Pretrial Schedule "shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge." Fed.R.Civ.P. 16(b). "The 'good cause' standard is an exacting one, for it demands a demonstration that the existing schedule 'cannot reasonably be met despite the diligence of the party seeking the extension." *North Star Mut. Ins. v. Zurich Ins. Co.*, 269 F.Supp.2d 1140, 1144 (D. Minn. 2003).

### II. GOOD CAUSE EXISTS TO EXTEND THE DISPOSITIVE MOTION DEADLINE BY SIX DAYS

Good cause exists to amend the Court's November 24, 2004 Pretrial Schedule to allow Travelers to have its Motion to Dismiss heard by this Court. The sole reason Travelers requires an amendment is because the Court's full calendar prevented it from hearing the matter prior to the March 1, 2006 deadline. It is not due to any lack of diligence or improper delay by Travelers.

Significantly, Travelers attempted to schedule a dispositive motion hearing more than 60 days prior to the March 1, 2006 deadline. Despite this fact, the Court's first available hearing date was March 7, 2006, only six days beyond the current deadline. Travelers has reserved this date to have its Motion to Dismiss heard by the Court. Travelers also filed its Motion to Dismiss on January 4, 2006 to comply with the current Pretrial Schedule. Travelers should not be denied the opportunity to bring its Motion to Dismiss due solely to the Court being unable to conduct a hearing prior to the current deadline. Moreover, allowing Travelers to have its Motion to Dismiss heard only six

days beyond the current deadline will not prejudice any party. Certainly good cause exists to amend the scheduling order to allow Travelers to have its Motion to Dismiss heard on March 7, 2006, a date already scheduled.

## CONCLUSION

For all the above stated reasons, this Court should amend the Pretrial Schedule by extending the dispositive motion deadline six days, or until March 7, 2006, to allow Travelers to have its timely filed Motion to Dismiss heard by this Court.

DATED: January 12, 2006

MURNANE BRANDT

s/Kelly S. Hadac
Daniel A. Haws #193501
Stacy E. Ertz #0267181
Kelly S. Hadac #0328194
Attorneys for Defendant Travelers
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

684762