UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of
America, The Travelers Indemnity
Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of
America and The Travelers Indemnity
Company of Illinois,

Defendants.

---

**AFFIDAVIT OF KELLY S. HADAC**

---

**STATE OF MINNESOTA)**
**) SS**
**COUNTY OF RAMSEY )**

KELLY S. HADAC, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys from the law firm of Murnane Brandt, representing Defendant The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois ("Travelers") in the above-captioned matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Pretrial Schedule in the Sirti Limited Corp. action, dated November 24, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of correspondence from Kelly Hadac to all counsel, dated January 3, 2006, requesting that all parties stipulate to an extension of the dispositive motion deadline.

4. Attached hereto as Exhibit 3 are true and correct copies of the signature pages of counsel Michael Hall and Sharon Van Dyck to the Stipulation to Amend Pretrial Schedule.

5. On December 28, 2005, I directed my secretary Cheryl Miller to contact Heather Labat to schedule a dispositive motion hearing for mid to late February 2006.

6. Ms. Labat informed on December 28, 2005 that the first available dispositive motion hearing date was March 7, 2006. Travelers has reserved March 7, 2006 for a hearing on its Motion to Dismiss pursuant to Minn. Stat. § 555.11. Travelers filed its pending Motion to Dismiss on January 4, 2006 in accordance with the November 24, 2004 Pretrial Schedule and Federal Rules of Civil Procedure.

7. I telephoned Stephen Melcher, counsel for Sirti Limited Corp. on January 11, 2006 to inquire whether Sirti Limited Corp. would stipulate to an extension of the dispositive motion deadline. Mr. Melcher stated that Sirti would not stipulate to any extension at that time.

s/Kelly S. Hadac
Kelly S. Hadac

Subscribed and sworn to before me

this 12th day of January 2006.

s/Cheryl A. Miller
Notary Public

684819