UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp., Civil No. 01-587 JMR/FLN

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

v. PRETRIAL SCHEDULE

Travelers Indemnity of America, et al.,

Defendants.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties, or parties that are moving to intervene, must be served by April 1, 2005.

b. The complaint in intervention shall be filed on or before November 29, 2004; Any answers thereto shall be filed on or before December 20, 2004.

c. All discovery shall be commenced in time to be completed by September 1, 2005.

d. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2005. Nondispositive motions may be scheduled for



EXHIBIT
tabbies
1

hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before September 1, 2005, with respect to initial experts.

2) By all parties on or before November 1, 2005, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before September 1, 2005, with respect to initial expert reports.

2) By all parties on or before November 1, 2005, with respect to rebuttal expert reports.

c. Each party may depose no more than 2 expert witnesses on or before December 1, 2005.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and the hearing thereon completed by March 1, 2006.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Heather Labat at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

4. Trial

a. This case shall be ready for trial on and after April 1, 2006, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2-3 weeks.

DATED: November 24, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge

MURNANE
BRANDT

January 3, 2006

***Reply to St. Paul***

JEROME B ABRAMS
ABRAMS & SMITH
12TH FLOOR PILLSBURY CENTER S
220 S SIXTH ST
MINNEAPOLIS MN 55402

MATTHEW R WILDERMUTH
LYNNETTE STAFFORD
MECKLER BULGER & TILSON LLP
123 N WACKER DR STE1800
CHICAGO IL 60606

KYLE E HART
STEPHEN A MELCHER
FABYANSKE WESTRA, HART & THOMSON PA
800 LA SALLE AVE STE 1900
MINNEAPOLIS MN 55402

L MICHAEL HALL
L MICHAEL HALL PA
1010 W ST GERMAIN STE 100
ST CLOUD MN 56301

SHARON L. VAN DYCK
SCHWEBEL GOETZ & SIEBEN PA
5120 IDS CENTER
80 S EIGHTH ST
MINNEAPOLIS MN 55402

Re: Seren/Sirti v. Travelers
Our File No. 46327

Dear Counsel:

Enclosed please find Stipulation to Amend Scheduling Order for your signature. A proposed Order is also enclosed. We have scheduled a Motion to Dismiss for March 7, 2006 at 10:15 a.m. before Judge Rosenbaum. This date is the earliest we can get for our motion. Because this date is after the March 1, 2006 date for dispositive motions pursuant to the Scheduling Order, the court informed us that we need to file a stipulation to extend the date of the Scheduling Order.

EXHIBIT
tabbies
2

Please sign the enclosed Stipulation and return to me as soon as possible. Thank you for your prompt attention to this matter. Please call if you have any questions.

Sincerely,

Kelly S. Hadac
Attorney at Law
khadac@murnane.com
KSH/cm/683427
Enclosure

EXHIBIT
tabbies
3

Dated: Jan 5, 2006

L. MICHAEL HALL, P.A.

L. Michael Hall

L. Michael Hall #39792
Attorneys for Intervenors
1010 West St. Germain, Suite 100
St. Cloud, MN 56301
(320) 255-5450

Dated: 1/4/2006

SCHWEBEL, GOETZ & SIEBEN, P.A.

Sharon L Van Dyck

Sharon L. Van Dyck #183799
Attorneys for Intervenors
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 333-8361

683359