**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Sirti, et al. v. Travelers, et al.**
**Civil No. 01-587**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I have caused to be electronically filed the following documents:

1. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Notice of Motion to Amend Pretrial Schedule;
2. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Motion to Amend Pretrial Schedule;
3. Defendants The Travelers Indemnity Company of America and the Travelers Indemnity Company of Illinois' Memorandum of Law in Support of Motion to Amend Pretrial Schedule; and
4. Affidavit of Kelly S. Hadac in Support of Memorandum of Law in Support of Motion to Amend Pretrial Schedule.

With the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

And I certify that I caused to be filed with the court via e-mail a copy of the Proposed Order to the following:

- **Magistrate Judge Franklin L. Noel**
  noel_chambers@mnd.uscourts.gov
- **L. Michael Hall**
  mike@hallinjurylaw.com, deb@hallinjurylaw.com, lori@hallinjurylaw.com
- **Kyle E. Hart**
  khart@fwhlaw.com, traceyb@fwhlaw.com, denised@fwhlaw.com
- **Daniel A. Haws**
  dhaws@murnane.com, vbauer@murnane.com
- **Stacy E. Ertz**
  sertz@murnane.com, cmiller@murnane.com
- **Stephen A. Melcher**
  smelcher@fwhlaw.com, dbihner@fwhlaw.com
- **Sharon L. Van Dyck**
  svandyck@schwebel.com, dbehr@schwebel.com

DATED: January 12, 2006

MURNANE BRANDT

s/Kelly S. Hadac
Daniel A. Haws #193501
Stacy E. Ertz #0267181
Kelly S. Hadac #0328194
Attorneys for Defendants The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Fourth Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

657455