**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Seren Innovations, Incorporated, et al.
Plaintiffs,

v.

The Travelers Indemnity Company of America, et al.,
Defendants.

and

Sirti Limited Corp.,
Plaintiff,

Ralph W. Braegelmann, et al.
Intervenor Plaintiffs,

v.

The Travelers Indemnity Company of America, et al.,
Defendants.

Civil No. 04-4978 JMR/FLN
Civil No. 01-587 JMR/FLN

**LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING SIRTI LIMITED CORP.'S MEMORANDUM IN OPPOSITION TO TRAVELERS' MOTION TO AMEND PRETRIAL SCHEDULE**

---

I hereby certify that this memorandum conforms to the requirements of D. Minn. LR 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 531 words.

Dated: January 20, 2006.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

By: s/Kyle E. Hart
Kyle E. Hart (#159025)
Stephen A. Melcher (#177015)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR SIRTI LIMITED**