# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I caused the following documents:

**Sirti Limited Corp.'s Memorandum in Opposition to Travelers' Motion to Amend Pretrial Schedule**
**Local Rule 7.1(c) Word Count Compliance Certificate**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| L. Michael Hall<br>L. Michael Hall, P.A.<br>1010 St Germain St W., Suite 100<br>St. Cloud, MN 56301<br>Email: mike@hallinjurylaw.com | Daniel. A. Haws<br>Murnane Conlin White & Brandt<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>Email: dhaws@murnane.com |
| Sharon L. Van Dyck<br>Schwebel Goetz & Sieben<br>80 S. Eighth Street<br>Minneapolis, MN 55402<br>Email: svandyck@schwebel.com | Jerome B. Abrams<br>Abrams & Smith, P.A.<br>220 South Sixth Street, Suite 1250<br>Minneapolis, MN 55402<br>Email: jeromeabrams@abramsandsmith.com |

Dated: January 20, 2006.

By: s/ Kyle E. Hart
Kyle E. Hart (#159025)
Stephen A. Melcher (#177015)
Fabyanske, Westra, Hart & Thomson, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Phone: (612) 338-0115