# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Sirti Limited Corp., and Intervenor Plaintiffs Jill Weber et al., Plaintiffs,
v.
The Travelers Indemnity Company of America, et al., Defendants, 01-587 (JMR/FLN)
and
Seren Innovations, Inc., Plaintiff,
v.
The Travelers Indemnity Company, Defendant, 04-4978 (JMR/FLN)

## COURT MINUTES

BEFORE: Frankin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-587; 04-4978 (JMR/FLN) |
| Date: | February 6, 2006 |
| Tape Number: | 01-440 |
| Time Commenced: | 10:30 |
| Time Concluded: | 11:00 |
| Time in Court: | 30 Minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiff Sirti Limited Corp.: | Kyle Hart |
| For Intervenor Plaintiffs: | No Appearance |
| For Plaintiff Seren Innovations: | No Appearance |
| For Defendant: | Daniel Haws |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendants' Motion to Extend Pretrial Schedule [#53] is taken under advisement as of February 6, 2006.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Amber S. Lee
Signature of Law Clerk