UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Inc., et al.

Plaintiffs,

v.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

Court File No.: 04-CV-4978 JMR/FLN

---

AND

---

Sirti Limited Corp.,

Plaintiff,

Ralph W. Braegelmann, et al.

Intervenor Plaintiffs,

v.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

**LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING INTERVENOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO TRAVELERS' MOTION TO DISMISS**

Court File No.: 01-CV-587 JMR/RLN

---

I hereby certify that this memorandum conforms to the requirements of Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, we used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 3,035 words.

SCHWEBEL, GOETZ & SIEBEN, P.A.

Dated: February 15, 2006

By s/ Sharon L. Van Dyck
Sharon L. Van Dyck (#183799)
ATTORNEYS FOR INTERVENORS
5120 IDS Center
Minneapolis, Minnesota 55402-2246
(612) 333-8361