IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, I caused the following documents:

1. Intervenor Plaintiffs' Memorandum in Opposition to Travelers' Motion to Dismiss, and
2. Local Rule 7.1(c) Word Count Compliance Certificate Regarding Intervenor Plaintiffs' Memorandum in Opposition to Travelers' Motion to Dismiss

To be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Stacy E Ertz**
  sertz@murnane.com cmiller@murnane.com
- **Kelly S Hadac**
  khadac@murnane.com cmiller@murnane.com
- **L Michael Hall**
  mike@hallinjurylaw.com deb@hallinjurylaw.com;judy@hallinjurylaw.com
- **Kyle E Hart**
  khart@fwhtlaw.com traceyb@fwhtlaw.com,ddecker@fwhtlaw.com
- **Daniel A Haws**
  dhaws@murnane.com vbauer@murnane.com
- **Stephen A Melcher**
  smelcher@fwhtlaw.com dbihner@fwhtlaw.com

I further certify that I caused a copy of the proposed Order to be filed with the court via e-mail to the following:

- **Chief Judge James M. Rosenbaum**
  rosenbaum_chambers@mnd.uscourts.gov
- **Stacy E Ertz**
  sertz@murnane.com cmiller@murnane.com
- **Kelly S Hadac**
  khadac@murnane.com cmiller@murnane.com
- **L Michael Hall**
  mike@hallinjurylaw.com deb@hallinjurylaw.com;judy@hallinjurylaw.com
- **Kyle E Hart**
  khart@fwhtlaw.com traceyb@fwhtlaw.com,ddecker@fwhtlaw.com
- **Daniel A Haws**
  dhaws@murnane.com vbauer@murnane.com
- **Stephen A Melcher**
  smelcher@fwhtlaw.com dbihner@fwhtlaw.com

Dated: February 15, 2006

s/Sharon L. Van Dyck
Sharon L. Van Dyck