UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Civ. No. 04-4978 (JMR/FLN)

Plaintiffs,

vs.

**ORDER**

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1-10,

Defendants.

and

Sirti Limited Corp.,

Civ. No. 01-587 (JMR/FLN)

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

---

Kyle Hart, for Plaintiff Sirti Limited Corp.
Daniel Haws, for Defendants Travelers Indemnity Company of America, et al.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on February 6, 2006, on Defendants' Motion to Extend Pretrial Schedule [#53; #129].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

Defendants' Motion to extend the dispositive motion deadline six days is **GRANTED.** The Court expressly expresses no opinion whether Evanston is or is not an indispensable party.

DATED: February 21, 2006

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge