UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated, Transcontinental Insurance Company, and Continental Casualty Company,

Plaintiffs,

vs.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois,

Defendants.

Civ. No. 04-4978 (JMR/FLN)
Civ. No. 01-587 (JMR/FLN)

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS TRAVELERS MEMORANDUM OF LAW IN REPLY TO SIRTI'S AND INTERVENING PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

I, Stacy E. Ertz, certify that Defendants Travelers' Memorandum of Law in Reply to Sirti's and Intervening Plaintiffs' Opposition to Motion to Dismiss complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 6,909 words. The initial and reply briefs combined contained 9,052 words.

DATED: February 23, 2006

MURNANE BRANDT

s/Stacy E. Ertz

Daniel A. Haws #193501
Stacy E. Ertz #0267181
Attorneys for Defendants The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411

690219