UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Seren Innovations, Incorporated,
Transcontinental Insurance Company,
and Continental Casualty Company,

Civ. No. 04–4978 (JMR/FLN)
Civ. No. 01–587 (JMR/FLN)

Plaintiffs,

vs.

The Travelers Indemnity Company of
America, The Travelers Indemnity
Company of Illinois, and Does 1–10,

Defendants,

and

Sirti Limited Corp.,

Plaintiff,

Jill K. Weber, Thomas Sandquist, et al.,

Intervenor Plaintiffs,

vs.

The Travelers Indemnity Company of
America and The Travelers Indemnity
Company of Illinois,

Defendants.

---

**SUPPLEMENTAL AFFIDAVIT OF DANIEL A. HAWS**

---

**STATE OF MINNESOTA)**
**) ss**
**COUNTY OF RAMSEY )**

DANIEL A. HAWS, being first duly sworn upon oath, deposes and states as follows:

1. I am one of the attorneys from the law firm of Murnane Brandt, representing Defendant The Travelers Indemnity Company of America and The Travelers Indemnity Company of Illinois ("Travelers") in the above-captioned matter.

2. Evanston was not joined by Travelers based on representations made to counsel for Travelers by Sirti's counsel in which Sirti indicated that the only damages for defense fees that Sirti would pursue was defense fees incurred solely by Sirti in the amount of $700,000. It was represented to all counsel at a pretrial conference that Sirti did not "anticipate" an issue with Evanston pursuing reimbursement of its policy limits because the limits would be gone anyway.

3. It was not until the first settlement conference before Magistrate Judge Noel in which counsel for Evanston first appeared and demanded full reimbursement of the $1,000,000 policy limits it loaned to Sirti. However, even at this settlement conference (as well as the second settlement conference), Evanston's counsel admitted she really was not up to speed on the file and had not reviewed it in detail. It became clear for the first time during these settlement conferences that Evanston was a necessary party to the litigation.

4. Both of the Travelers named in the lawsuit are Connecticut Corporations and Evanston is an Illinois Corporation.

5. Travelers has been found to have a duty to defend claims against Sirti arising from its rendition of non-professional services in this case.

FURTHER YOUR AFFIANT SAITH NOT.

s/Daniel A. Haws
Daniel A. Haws

Subscribed and sworn to before me
this 23rd day of February, 2006.

s/Cheryl A. Miller
Notary Public

690190