# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity of America, et al,

Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 01-587 JMR/FLN |
| Date: | March 7, 2006 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 10:18 a.m. |
| Time Concluded: | 10:39 a.m. |
| Time in Court: | 21 Minutes |

Hearing on: **Motion to Dismiss (Doc #124)**

APPEARANCES:

Plaintiff: Stephen Melcher
Defendant: Dan Haws

**IT IS ORDERED: **Motion denied.**

: Written order forthcoming.

s/Heather Labat
Calendar Clerk