# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sirti Limited Corp. | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: 01-587 JMR/FLN |
| v. | ) | Date: June 16, 2006 |
| | ) | Court Reporter: n/a |
| The Travelers Indemnity of America | ) | Time Commenced: 9:30 a.m. |
| | ) | Time Concluded: 1:15 p.m. |
| Defendant. | ) | Time in Court: 3Hours & 45 Minutes |
| | ) | |

Hearing on: **SETTLEMENT CONFERENCE & FINAL PRETRIAL**

APPEARANCES:

Plaintiff: Stephen Melcher
Defendant: Daniel Haws

PROCEEDINGS:

☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
☐ Final pretrial conference held
☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
☐ Settlement reached. Terms stated on the record.
☒ No settlement reached.
☐ Status conference.
☐ Dates discussed for the progression of the case.

IT IS ORDERED:

☐ Schedule Set:
Trial:
PTC:
Discovery:
☒ Proceedings continued to ___a date convenient to the parties
☐ Submitted ☐ Sustained ☐ Overruled
☐ Brief time set:
☒ Written order forthcoming.

S/ *Cathy Orlando*
Judicial Assistant