UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp., Civil 01-587 JMR/FLN

Plaintiff,

v. O R D E R

The Travelers Indemnity of America,

Defendant.

---

A settlement conference was scheduled in the above referenced case on June 16, 2006. The notice scheduling the conference provided:

> "Counsel who will actually try the case and each party. armed with full settlement authority, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to settle the case upon the opposing party's last stated settlement terms."

During the course of the conference it became apparent that Sirti did not have present a person with the power to make settlement decisions. The conference was repeatedly delayed while Sirti's counsel and the Court attempted, with only limited success, to make telephone contact with people who had the power to make settlement decisions. The Court decided to adjourn the conference, and order Sirti to pay to Travelers' the costs and fees incurred by Travelers in attending the settlement conference.

Based upon all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that Sirti reimburse Travelers in the amount of $1,320 for the costs and fees it incurred preparing for an attending the aborted settlement conference.

The settlement conference shall reconvene on August 15, 2006, at 9:30 a.m.. The parties shall appear at the settlement conference with full authority to make settlement decisions. No phone calls will be permitted. The clients at the conference must have the power to settle the case on their own authority. Any party who fails to comply with this requirement will be subject to further sanctions.

DATED: June 23, 2006.

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge