# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sirti Limited Corp, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-587 JMR/FLN |
| | ) | Date: August 9, 2006 |
| The Travelers Indemnity Co. et al., | ) | Court Reporter: |
| | ) | Time Commenced: 2:00 p.m. |
| Defendants. | ) | Time Concluded: 2:20 p.m. |
| | ) | Time in Court: 20 Minutes |

Hearing on: **Teleconference**

APPEARANCES:

Plaintiff: Sharon Van Dyck & Michael Hall
Defendant: Daniel Haws

The Court spoke by telephone to Mr. Haws, (for Travelers) and Ms. VanDyke and Mr. Hall (for intervenor plaintiffs) regarding why the settlement reached earlier has not been consummated. The impasse relates to the degree to which Travelers will indemnify the intervenor plaintiffs in the event they are in turn sued by Sirti or Evanston by reason of the assignments they each agreed to make to Travelers. The parties agreed that the issue may go away in the event Travelers reaches an agreement with Sirti and/or Evanston at the follow-up settlement conference on Tuesday, August 15. I ordered the parties to each submit to me their respective proposed language with an explanation of why the other's proposed language is not adequate. We will revisit this issue after August 15, in the event it still remains. The intervenors are not to attend the settlement conference on Tuesday, August 15. Only Travelers and Sirti, (and Evanston if Sirti brings someone from Evanston) are needed to settle the remaining claim in the case: the reasonableness of the legal fees incurred by Sirti. If the case has not completely settled after the August 15 conference, I will either hold another telephone conference or re-convene the settlement conference b/w Travelers and the Intervenors to decide how to resolve the indemnity issue.

s/ *Franklin L. Noel*
United States Magistrate Judge