UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sirti Limited Corp.,

Plaintiff,

and

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next of Kin of Carolyn Sandquist, and Jill K. Weber,

Intervenors,

v.

The Travelers Indemnity Company of America; The Travelers Indemnity Company of Illinois,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF INTERVENORS' CLAIMS**

Court File No.: 01-CV-587 JMR/RLN

It is hereby stipulated and agreed that the claims made by Intervenors in the above matter may be dismissed with prejudice and without costs to either party herein. It is further agreed that the court may enter an order in conformity herewith without the need for any further notice or hearing.

L. MICHAEL HALL, P.A.

L. Michael Hall (#39792)
Attorney for Intervenors
1010 West St. Germain Street
Suite 100
St. Cloud, MN 56301
Telephone: (320) 255-1000

Dated: 10/05/06

SCHWEBEL GOETZ & SIEBEN

Sharon L. Van Dyck (#183799)
Attorney for Intervenors
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 333-8361

Dated: 11/11/2006

MURNANE BRANDT

______________________________
Daniel A. Haws (#193501)
Attorney for Defendants
30 East 7th Street
Suite 3200
St. Paul, MN 55101
Telephone: (651) 227-9411

Dated: 11/17/06

## ORDER

Upon the stipulation of the parties, the claims made by Intervenors in the above-captioned matter are hereby dismissed with prejudice and on the merits and without costs and disbursements to any party.

Dated this ____ day of ________________, 2006.

BY THE COURT:

______________________________
Judge of District Court