UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sirti Limited Corp.,

Plaintiff,

and

Ralph W. Braegelmann, L. Michael Hall, L. Michael Hall, P.A., Monica A. Ims, Judy M. Keller, Mary Jo Mendel, Jacqueline Ploof, The Housing & Redevelopment Authority, Deborah K. Stalboerger, Thomas Sandquist, as Trustee for the Next of Kin of Carolyn Sandquist, and Jill K. Weber,

Intervenors,

v.

The Travelers Indemnity Company of America, The Travelers Indemnity Company of Illinois,

Defendants,

Civ. No. 01-CV–587 (JMR/FLN)

**ORDER**

---

Upon the Stipulation of Dismissal With Prejudice of Intervenors' Claims, the claims made by Intervenors in the above-captioned matter are hereby dismissed with prejudice and on the merits and without costs and disbursements to any party.

Dated this 27th day of November, 2006.

BY THE COURT:

s/ *Franklin L. Noel*
Magistrate Judge