**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sirti Limited Corp.,

Plaintiff,

v.

The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois,

Defendants.

Civil No. 01-587 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**

---

The parties, through their undersigned counsel, hereby stipulate that, pursuant to the December 2006 Settlement Agreement and Release between the parties, this action is dismissed with prejudice as to all parties and as to all claims asserted in this action, without costs or disbursements to any party.

Dated: December 22, 2006.

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**

By: Stephen A. Melcher

Kyle E. Hart (#0159025)
Stephen A. Melcher (#0177015)
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
(612) 338-0115
**Attorneys for Sirti Limited Corp.**

Dated: 1/3, 2007.

**MURNANE BRANDT**

By: ______________________

Daniel A. Haws (#0193501)
30 East 7th Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411
**Attorneys for The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois**