**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sirti Limited Corp., Civil No. 01cv587 JMR/FLN

Plaintiff,

v.

The Travelers Indemnity Company of America and Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois,

Defendants.

## ORDER OF DISMISSAL

Pursuant to the foregoing stipulation, it is hereby ordered that this lawsuit is hereby dismissed with prejudice as to all parties and as to all claims asserted in this action, without costs or disbursements to any party.

Dated: January 8, 2007

s/James M. Rosenbaum
James M. Rosenbaum, Chief Judge